**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VERONICA HINTON,

       Plaintiff,

v.                                                        Case Number: 11-12220
                                                          HON. MARIANNE O. BATTANI
DEUTSCHE BANK NATIONAL TRUST CO.,

       Defendant.

_____/

**<u>ORDER DIRECTING CLERK OF COURT TO REFUND FILING FEE</u>**

Plaintiff Veronica Hinton filed an Application to Proceed *In Forma Pauperis* (IFP) pursuant to 28 U.S.C. § 1915.  Because the governing statute requires the Court to screen the Complaint and to dismiss it when it "fails to state a claim on which relief may be granted," <u>see</u> 28 U.S.C. § 1915(e)(2)(B)(ii). the Court also reviewed the sufficiency of the allegations in Plaintiff's Complaint.  After reviewing the application and the Complaint, the Court entered an Order Granting Plaintiff's Application to Proceed *In Forma Pauperis* and Dismissing Complaint.  Before the Order was entered, Plaintiff paid the filing fee.

Because Plaintiff's application was granted, § 1915(a) authorizes her to file her complaint without payment of the $350.00 filing fee.  Accordingly, Clerk of the Court is directed to refund the filing fee paid by Veronica Hinton.

**IT IS SO ORDERED.**

                                         s/Marianne O. Battani
                                         MARIANNE O. BATTANI
                                         UNITED STATES DISTRICT JUDGE

DATED: <u>May 23, 2011</u>

## CERTIFICATE OF SERVICE

A Copy of this Order was served upon  Veronica Hinton on this date by via ordinary U.S. Mail.


<u>s/Bernadette M. Thebolt</u>
Case Manager